**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TIFFANY T. SPENCER**                                                              **PLAINTIFF**

**v.**                                                                    **CAUSE NO. 1:23CV223-LG-RPM**

**SHELLPOINT MORTGAGE**
**SERVICING**                                                                    **DEFENDANT**

**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS**
**FOR TEMPORARY RESTRAINING ORDER**

**BEFORE THE COURT** are the [6] Motion for Temporary Restraining Order and [7] Amended Motion for Temporary Restraining Order filed by Plaintiff Tiffany T. Spencer.  In both Motions, Spencer asks the Court to grant her a temporary restraining order to prevent the sale of her home, which was scheduled to take place on December 6, 2023.  Since that sale date has passed, the Court finds that Spencer's Motion for Temporary Restraining Order should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [6] Motion for Temporary Restraining Order and [7] Amended Motion for Temporary Restraining Order filed by Plaintiff Tiffany T. Spencer are **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED** this the 17th day of January, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE