# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TIFFANY T. SPENCER**                                                              **PLAINTIFF**

**v.**                                                              **CAUSE NO. 1:23-cv-223-LG-RPM**

**NEWREZ, LLC,** *d/b/a* **SHELLPOINT**
**MORTGAGE SERVICING;**
**JOHN DOES 1–10**                                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Tiffany T. Spencer's claims against NewRez, LLC, d/b/a Shellpoint Mortgage Servicing and John Does 1–10, are hereby **DISMISSED**. Having no other claims remaining, this case is now **CLOSED**.

**SO ORDERED AND ADJUDGED** this the 30th day of January, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE